■ ROSALIE GREEN, Individually and as Administratrix of the Estate of STEVEN GREEN, Deceased, Respondent, v DANIEL SCIARRA, Appellant, et al., Defendant.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered on or about August 12, 1991, unanimously affirmed for the reasons stated by Sklar, J., with costs and disbursements. No opinion. Concur —Murphy, P. J., Carro, Wallach, Ross and Smith, JJ.